**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ POINTER, Esq., SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrisalaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; KEVIN BARRETO individually and in his official capacity as Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>　　　　　　Defendants. | CASE NO.:  2:19-cv-01902-KJM-CKD<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Adanté D. Pointer of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters his appearance in the above-captioned matter as counsel to be noticed on behalf of Plaintiff and requests copies of all briefs,

motions, order, correspondence and other papers be served on the undersigned.  Counsel's email address for purposes of receipt of Notices of Electronic Filing is the following: adante.pointer@johnburrislaw.com.

Dated:  September 19, 2019                **LAW OFFICES OF JOHN L. BURRIS**

                                             */s/ Adanté D. Pointer*
                                         Adanté D. Pointer
                                         Attorneys for Plaintiff