**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ANDREW BIDOU, KEVIN BARRETO, HEATH SMITH

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; KEVIN BARRETO, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO,  jointly and severally,<br><br>　　　　　Defendants. | Case No:   2:19-cv-01902-KJM-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [LOCAL RULE 144(a)]** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended 28 days pursuant to Local Rule 144(a).

DATED: October 29, 2019        /s/ Melissa Nold
                               MELISSA NOLD
                               Attorney for Plaintiff DELON
                               THURSTON


DATED: October 29, 2019        /s/ Katelyn M. Knight
                               KATELYN M. KNIGHT
                               Deputy City Attorney
                               Attorney for Defendants CITY OF
                               VALLEJO, ANDREW BIDOU, KEVIN
                               BARRETO, and HEATHER SMITH