**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, ANDREW BIDOU, KEVIN BARRETO, HEATHER SMITH

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, an individual, | Case No:   2:19-cv-01902-KJM-CKD |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER[LOCAL RULE 144(a)]** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; KEVIN BARRETO, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO,  jointly and severally, | |
| Defendants. | |

**WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around

the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-CKD; *Burrell, et al. v. City of Vallejo, et al.,* Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.,* Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.,* Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of December 17, 2019;

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED:  November 18, 2019        __/s/ Melissa Nold_____
                                 MELISSA NOLD
                                 Attorney for Plaintiff DELON
                                 THURSTON

-3-

1
2   DATED: November 18, 2019                __/s/ Katelyn M. Knight_____
3                                           KATELYN M. KNIGHT
                                            Deputy City Attorney
4                                           Attorney for Defendants CITY OF
                                            VALLEJO, ANDREW BIDOU, KEVIN
5                                           BARRETO, and HEATHER SMITH
6
7
8        **SO ORDERED**
9
10  DATED: _____              _____
11                                           **Judge of the U.S. District Court**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28