**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ANDREW BIDOU, KEVIN BARRETO, HEATHER SMITH

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; KEVIN BARRETO, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>    Defendants | Case No: 2:19-cv-01902-KJM-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER [LOCAL RULE 144(a)]**<br><br>' |

**WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around

the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-CKD; *Burrell, et al. v. City of Vallejo, et al.,* Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.,* Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.,* Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of December 17, 2019;

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED: November 18, 2019        ___/s/ Melissa Nold_____
                                MELISSA NOLD
                                Attorney for Plaintiff DELON
                                THURSTON

DATED:  November 18, 2019     __/s/ Katelyn M. Knight_____
                               KATELYN M. KNIGHT
                               Deputy City Attorney
                               Attorney for Defendants CITY OF
                               VALLEJO, ANDREW BIDOU, KEVIN
                               BARRETO, and HEATHER SMITH


* * *

While the court declines to grant the parties' stipulation, this case is stayed.  The parties shall notify the court within seven (7) days of any decision in the *McCoy* case that they believe warrants lifting of the stay.

Additionally, the parties are directed to file a Notice of Related Case in the *McCoy* case for consideration by the judge in that lower-numbered case.  L.R. 123.

**SO ORDERED.**

DATED:  November 19, 2019

_____
UNITED STATES DISTRICT JUDGE