**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:    KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO;
ANDREW BIDOU; KEVIN BARRETO; and HEATHER SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DELON THURSTON, | Case No:   2:19-cv-01902-KJM-CKD |
| Plaintiff, | **NOTIFICATION OF DECISION** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Policer; KEVIN BARRETO individually and in his capacity as Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, | |
| Defendant. | |

Pursuant to the Court's order of November 19, 2019 (DKT 8) and after speaking with opposing counsel, Defendants hereby notify the Court that the motion to dismiss in the *McCoy* case has been resolved and the parties believe the stay of this matter should be lifted.

-2-

1
2  DATED: January 30, 2020                    Respectfully submitted,
3
4                                             */s/ Katelyn M. Knight*
                                              KATELYN M. KNIGHT
5                                             Deputy City Attorney
                                              Attorney for Defendants,
6                                             CITY OF VALLEJO; ANDREW BIDOU;
                                              KEVIN BARRETO; and HEATHER SMITH
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Case No. 2:19-cv-01902-KJM-CKD**                    **NOTIFICATION OF DECISION**
-2-