**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:    KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
ANDREW BIDOU, KEVIN BARRETO and HEATHER SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DELON THURSTON, | Case No:   2:19-cv-01902-KJM-CKD |
| Plaintiff, | **DESIGNATION OF COUNSEL** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Policer; KEVIN BARRETO individually and in his capacity as Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF VALLEJO, ANDREW BIDOU, KEVIN BARRETO and

HEATHER SMITH hereby designate the following attorney as counsel for service in this action:

        Randy J. Risner, SBN 172552
        Interim City Attorney
        City of Vallejo, City Attorney's Office
        555 Santa Clara Street, 3rd Floor
        Vallejo, CA 94590
        Tel: (707) 648-4545
        Fax: (707) 648-4687
        E-mail:  randy.risner@cityofvallejo.net

The following attorney is no longer counsel of record in this action:

        CLAUDIA M. QUINTANA, SBN 178613

DATED:  February 3, 2020                      Respectfully submitted,

                                        */s/ Katelyn M. Knight*
                                        KATELYN M. KNIGHT
                                        Deputy City Attorney
                                        Attorney for Defendants,
                                        CITY OF VALLEJO, ANDREW BIDOU,
                                        KEVIN BARRETO, HEATHER SMITH