**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY: KATELYN M. KNGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEVELL WILSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO; DOE VALLEJO POLICE OFFICER (K-9 HANDLER), AMERICAN CANYON POLICE OFFICERS SERGEANT CHAMBERS, KEVIN WALSH AND DOES 1-25,<br><br>         Defendants. | Case No.  2:19-cv-02116-JAM-AC<br><br>**DESIGNATION OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant CITY OF VALLEJO hereby designates the following attorney as counsel for service in this action:

>    Randy J. Risner, SBN 172552
>    Interim City Attorney
>    City of Vallejo, City Attorney's Office
>    555 Santa Clara Street, 3rd Floor
>    Vallejo, CA 94590
>    Tel: (707) 648-4545
>    Fax: (707) 648-4687
>    E-mail:  randy.risner@cityofvallejo.net

The following attorney is no longer counsel of record in this action:

      CLAUDIA M. QUINTANA, SBN 178613

DATED:  February 3, 2020                    Respectfully submitted,

                                                            */S/ Katelyn M. Knight*
                                                           Katelyn M. Knight
                                                           Deputy City Attorney
                                                           Attorney for Defendant
                                                           CITY OF VALLEJO