1  **RANDY J. RISNER**
   Interim City Attorney, SBN 172552
2  **BY:    KATELYN M. KNIGHT**
   Deputy City Attorney, SBN 264573
3  **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street, 3rd Floor
   Vallejo, CA  94590
5  Tel:    (707) 648-4545
6  Fax:   (707) 648-4687
   Email: katelyn.knight@cityofvallejo.net
7
8  Attorneys for Defendants CITY OF VALLEJO;
   ANDREW BIDOU, KEVIN BARRETO, and HEATHER SMITH
9

10                    **UNITED STATES DISTRICT COURT**

11           **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
12

| DELON THURSTON, | Case No:   2:19-cv-01902-KJM-CKD |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Policer; KEVIN BARRETO individually and in his capacity as Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, | |
| Defendant. | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's minute order of February 5, 2020 (Dkt 13), counsel for the parties conducted a conference by telephone on February 6, 2020 and submit the following joint status report:

///

*Brief Summary of Claims and Legal Theories*

This case arises from the arrest of Delon Thurston on October 30, 2018.  Plaintiff alleges that Officer Barreto used excessive force during a traffic stop by pulling Ms. Thurston out of her car and throwing her onto the ground.  Plaintiff further alleges that another officer pointed a Taser at Ms. Thurston in a threatening manner, and that Officer Smith searched her breasts and genitals in an unprofessional and humiliating manner. Plaintiff further asserts that she was subject to arrest without a proper lawful basis.  Plaintiff asserts causes of action under 42 U.S.C. § 1983 for violation of the Fourth Amendment and *Monell*, negligence, violation of Civil Code § 52.1, battery, assault, and intentional infliction of emotional distress.   Defendants dispute Plaintiff's allegations and dispute liability on all theories.

*Status of Service Upon all Defendants*

All defendants have been served.

*Possible Joinder of Additional Parties*

Plaintiff may substitute additional Doe defendants after reviewing the police report but does not anticipate joining additional parties.

*Contemplated Amendments to Pleadings*

Plaintiff anticipates a potential amendment to substitute the former Chief of Police in his individual rather than official capacity.  The parties are meeting and conferring regarding that issue and a potential 12(b)(6) motion.

*Statutory Basis for Jurisdiction and Venue*

Plaintiff's claims are asserted under 42 U.S.C. section 1983; therefore federal question subject matter jurisdiction exists under 28 U.S.C. section 1331.  The alleged conduct occurred in Vallejo, Solano County, California, which is within this judicial district. Title 28 United States Code Section 1391(b) confers venue upon this Court.

*Anticipated Scheduling of Discovery*

**(1)  Proposed Changes to Rule 26(a) Disclosures**

The parties agree no changes are needed and initial disclosures will be exchanged on February 20, 2020 per Fed. R. Civ. Proc. 26.

**(2) Discovery Subjects and Completion**

The parties intend to conduct discovery regarding the parties' legal contentions, claims and defenses, the incident, Plaintiff's injuries and damages, and expert discovery. Plaintiff intends to conduct necessary *Monell* discovery.

**(3) Changes to the Limitations on Discovery**

The parties do not believe changes to the statutory limits of discovery are warranted at this time.

**(4) Proposed Timing of Expert Witness Disclosures**

The parties propose expert disclosures take place on June 18, 2021 with supplemental disclosures due July 16, 2021.

**(5) Proposed Discovery Cut-Off Dates**

The parties proposed a fact discovery cutoff of May 14, 2021, with expert discovery to be completed by August 20, 2021.

*Contemplated Motions and Proposed Motion Cut-Off*

Defendants anticipate filing a dispositive motion. The parties propose that dispositive motions and other motions not related to trial be filed no later than October 22, 2021.

Plaintiff's counsel Melissa Nold anticipates that she may file a motion for protective order to preclude Vallejo Officers from contacting her outside of calls for service, based on three incidents of documented and reported harassment by members of Vallejo Police Department command staff, occurring between September 2019 and January 2020. Counsel contends that a Superior Court protective order would be futile, as enforcement would require Vallejo Police Department to investigate and arrest members of their own command staff.

Defendants do not believe there is any basis for a protective order and that the appropriate venue for a protective order would be the Superior Court.

*Methods to Avoid Unnecessary Proof and Cumulative Evidence*

None at this time, however the parties expect that there will be a number of stipulations to facts and authenticity of documents.

*Proposed Pre-Trial Conference Date*

The parties propose a pre-trial conference take place on May 6, 2022.

*Proposed Trial Date and Estimates*

The parties propose that trial be set for June 6, 2022 and estimate that trial will take five days.

*Appropriateness of Special Procedures*

The parties do not believe any special procedures are needed.

*Modification of Standard Pre-Trial Procedures*

The parties do not believe any modification is needed.

*Related Cases*

There are no related cases to the parties' knowledge.

*Optimal Timing and Method for Settlement Discussions*

The parties believe that it would be most productive to evaluate settlement options following any dispositive motions.

*Other Matters Conducive to Just and Expeditious Disposition of the Case*

None at this time.

DATED: February 12, 2020

                                                   */s/ Melissa Nold*
                                                 MELISSA NOLD
                                                 ADANTE D. POINTER
                                                 JOHN L. BURRIS
                                                 Attorneys for Plaintiff DELON THURSTON

DATED: February 13, 2020                     Respectfully submitted,

                                                 */s/ Katelyn M. Knight*
                                                 KATELYN M. KNIGHT
                                                 Deputy City Attorney
                                                 Attorney for Defendants,
                                                 CITY OF VALLEJO, ANDREW BIDOU,
                                                 KEVIN BARRETO, and HEATHER SMITH