**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

John R. Whitefleet, SBN 213301
PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO,
ANDREW BIDOU, KEVIN BARRETO, and HEATHER LAMB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DELON THURSTON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Policer; KEVIN BARRETO individually and in his capacity as Police Officer for the CITY OF VALLEJO; HEATHER LAMB, individually and in her capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>             Defendant. | Case No.: 2:19-cv-01902-KJM-CKD<br><br>**ASSOCIATION OF COUNSEL** |

**TO THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Defendants, by and through their counsel, Randy J. Risner, Interim City Attorney, and Katelyn M. Knight, Deputy City Attorney, City of Vallejo, hereby associate John R. Whitefleet of **PORTER SCOTT**, 350 University Ave., Suite 200, Sacramento, CA 95825 (916) 929-1481 as counsel of record in the above-captioned matter.

I have read this ASSOCIATION OF COUNSEL and consent to the foregoing.

Dated: March 16, 2020                                          Respectfully submitted,

                                                                                    */s/ Katelyn M. Knight*_____
                                                                                    Katelyn M. Knight
                                                                                    Deputy City Attorney
                                                                                    Attorney for Defendant,
                                                                                    CITY OF VALLEJO

John R. Whitefleet, Esq., on behalf of PORTER SCOTT, hereby accepts the above association.

Dated: March 17, 2020                                          /s/ John R. Whitefleet
                                                                                    John R. Whitefleet
                                                                                    PORTER | SCOTT
                                                                                    Attorney for Defendants,
                                                                                    CITY OF VALLEJO,
                                                                                    ANDREW BIDOU, KEVIN BARRETO,
                                                                                    and HEATHER LAMB