**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, KEVIN BARRETO, and HEATHER LAMB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, | CASE NO. 2:19-cv-01902-KJM-CKD |
| Plaintiff, | **NOTICE OF MOTION TO DISMISS/STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF VALLEJO, ANDREW BIDOU, KEVIN BARRETO, and HEATHER LAMB, and DOES 1 to 50, | DATE: July 24, 2020<br>TIME: 10:00 a.m.<br>CTRM: 3, 15th Floor |
| Defendants. _____/ | Complaint Filed: 07/20/18 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on July 24, 2020 at 10:00 a.m. in Courtroom 3 of the United States District Court, Eastern District of California located at 501 I Street, Sacramento, California, Defendants CITY OF VALLEJO, ANDREW BIDOU, KEVIN BARRETO and HEATHER LAMB hereby moves the Court for an order dismissing the First Amended Complaint ("FAC") of Plaintiff DELON THURSTON pursuant to Federal Rules of Civil Procedure ("Fed. R.

{02178559.DOCX}   1
**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Civ. P.") 12(b)(6), and move to strike Paragraph 30 pursuant to Fed. R. Civ. P. 12(f) on the following grounds:

1.	Defendants submit Paragraph 30 and subparagraphs (a)-(d), (j), and (o) (officer-involved shootings), (e) and (h)- (i) (baton strikes), (f) (defense verdict for the officers), (g) and (t) (taser use), (k) and (r) (alleged unlawful stop for videotaping), (l)-(n) and (p)-(q) (alleged unlawful arrest and force during investigatory stop) and (u) (statements by City Manager) of the FAC should be stricken;

2.	Defendant CITY OF VALLEJO submits the Monell claim against it fails to state sufficient facts of an unconstitutional policy and/or causation;

3.	Defendant BIDOU submits the claims against him fail to state sufficient facts as a matter of law.

This motion to dismiss is based on this notice of motion, the supporting motion and memorandum of points and authorities, the entire court file and any other pleadings, evidence or legal arguments that may be presented at the time of the hearing to the extent one is held.

Respectfully submitted,

Dated: March 19, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants CITY OF
    VALLEJO, ANDREW BIDOU,
    KEVIN BARRETO, and HEATHER
    LAMB