**NOLD LAW**
**Melissa C. Nold, Esq. SBN 301378**
**Russo Building**
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELON THURSTON, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.<br>　　　　　Defendants. | CASE NO.:  3:19-CV-1902<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR MELISSA NOLD** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MELISSA C. NOLD (SBN 301378) is withdrawing as counsel for Plaintiff DELON THURSTON. Attorney John L. Burris (SBN 69888) will continue to act as counsel of record in this matter.

　　I respectfully request the clerk update the docket to reflect the above described changes.

**NOLD LAW**

Dated: August 11, 2020        /s/ *Melissa C. Nold*
　　　　　　　　　　　　　　　　　MELISSA C. NOLD